IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **LOYALTY IMPORTS RICHMOND LLC,** d/b/a **LOYALTY TOYOTA,** *et al.* | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **LEXINGTON INSURANCE COMPANY,** | ) ) ) |
| **Defendant.** | ) |

Case No. 3:22-cv-00286-HEH

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Loyalty Imports Richmond, LLC, Loyalty Automotive Richmond LLC, and Loyalty Sales Richmond LLC (collectively, "Loyalty"), and Defendant Lexington Insurance Company ("Lexington"), by their respective counsel, stipulate to the voluntary dismissal of this action against Lexington, including the claims set forth in the Complaint filed by Loyalty, with prejudice, with each party bearing its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the Memorandum of Understanding executed by the parties at a settlement conference on August 26, 2022.

By: /s/ *Harold E. Johnson*
Harold E. Johnson (VSB# 65591)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
hjohnson@williamsmullen.com
*Counsel for Plaintiffs*

By: /s/ *Christopher P. Ferragamo*
Christopher P. Ferragamo, Esq. (VSB# 47731)
Daniel J. Lynn, Esq. (pro hac vice)
Peter James Jenkins, Esq. (pro hac vice)
JACKSON & CAMPBELL, P.C.
2300 N Street, NW, Suite 300
Washington, DC 20037
Telephone: (202) 457-1600
Facsimile: (202) 457-1678
*Counsel for Defendant Lexington Insurance Company*

10121151

1