IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LOYALTY IMPORTS RICHMOND, LLC )
d/b/a LOYALTY TOYOTA, *et al.*,     )
                                            )
        Plaintiffs,     )
                                            )
v.                                            )     Civil Action No. 3:22cv286–HEH
                                            )
LEXINGTON INSURANCE COMPANY, )
                                            )
        Defendant.    )

## FINAL ORDER

THIS MATTER is before the Court on a Joint Stipulation of Voluntary Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 35.) It appearing that all claims have been resolved, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

This case is CLOSED.

                                                                         /s/
                                              Henry E. Hudson
                                              Senior United States District Judge

Date: Oct. 12, 2022
Richmond, VA